■ In the Matter of the Claim of SOSASI HENRY, Appellant. SUNY DOWNSTATE MEDICAL CENTER, Respondent; COMMISSIONER

OF LABOR, Respondent. [984 NYS2d 281]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed May 5, 2013, which, among other things, ruled that claimant was disqualified from receiving unemployment insurance benefits because her employment was terminated due to misconduct.

Decision affirmed. No opinion.

Lahtinen, J.P., McCarthy, Garry and Egan Jr., JJ., concur. Ordered that the decision is affirmed, without costs.